# Court of Appeals
# of the State of Georgia

ATLANTA,  August 29, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0103. ALLEN v. THE STATE.

On May 17, 2018, Melvin Allen filed a notice of appeal from the superior court's "Order Dismissing Motion for Hearing on Constitutional Claims." The order was entered on April 4, 2018. The State has moved to dismiss this appeal, asserting that the notice of appeal was untimely and that this Court thus lacks jurisdiction. We agree.

Under Georgia law, "[t]he proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Davis v. State*, 330 Ga. App. 711 (769 SE2d 133) (2015). OCGA § 5-6-38 (a) provides, in relevant part, that a notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See *Davis*, supra. Allen's notice of appeal is untimely, as he filed it more than 30 days after the superior court's order of which he complains was entered.

Accordingly, the State's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/29/2018*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*